United States District Court for the  EASTERN

District of  MICHIGAN

National Electronical Annuity Plan,

Plaintiff,

vs.

Case No. 18-cv-13701

Henkels & McCoy, Inc.,

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that  National Electronical Annuity Plan,  ,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

final judgment denying plaintiff's/granting defendant's motion for summary judgment
*The final judgment, from an order describing it*

entered in this action on the   4TH   day of                              December , 2019         .

(s) George H. Kruszewski (P25857)

Address: 1423 E. 12 Mile Road

Madison Heights, Michigan

48071

Attorney for  National Electrical Annuity Plan

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ✓
    Court of Appeals  ✓

6CA-3
11/16