# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 15, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 20-1024, *Natl Electrical Annuity Plan v. Henkels & McCoy, Inc.*
Originating Case No. : 3:18-cv-13701

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Zachary Love
For Sharday Swain
Case Manager

cc: Ms. Sarah J. Hartman
Mr. George Harold Kruszewski
Mr. Brian M. Schwartz

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 20-1024

_____

Filed: March 15, 2021

NATIONAL ELECTRICAL ANNUITY PLAN, Trustees of the

       Plaintiff - Appellant

v.

HENKELS & MCCOY, INC.

       Defendant - Appellee

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 02/16/2021 the mandate for this case hereby issues today.

 COSTS:  None