UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

National Electrical Annuity Plan,

                              Plaintiff(s),

v.                                                    Case No. 3:18–cv–13701–RHC–SDD
                                                      Hon. Robert H. Cleland

Henkels and McCoy,
Incorporated,

                              Defendant(s),
_____

### NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Robert H. Cleland as follows:

- STATUS CONFERENCE:  September 15, 2021 at 02:30 PM

    The conference shall be initiated by the Court.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/L. Wagner_____
                                   Case Manager

Dated:   September 2, 2021