**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NATIONAL ELECTRICAL ANNUITY PLAN,

    Plaintiff,

v.                                                      Case No. 18-13701

HENKELS AND MCCOY, Inc.,

    Defendant.

_____/

**ORDER SETTING BRIEFING SCHEDULE FOR A TRIAL ON THE PAPERS**

On November 10, 2021, the court held a status conference with the parties, who jointly consented to resolving the dispute through a trial on the papers in lieu of a bench trial. Plaintiff and Defendant indicated they had met and conferred before the conference and jointly suggested a proposed briefing schedule. The court largely concurs in the parties' suggested dates and adopts the following schedule.

1. To the extent possible, the parties are directed to submit a joint statement of uncontested facts by **December 17, 2021.** Based on the party's representations during the status conference, the court anticipates that few underlying facts remain in dispute.

2. Plaintiff shall file a Motion for Judgment, and a supporting brief by **January 14, 2022**.

3. Defendant shall file a Motion for Judgment, and a combined brief both supporting its motion and responding to Plaintiff's motion by **February 18, 2022.**

    4.  Plaintiff shall file a Response to Defendant's Motion for Judgment by **March 4, 2022**.

                            s/Robert H. Cleland
                            ROBERT H. CLELAND
                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 17, 2021, by electronic and/or ordinary mail.

                            s/Lisa Wagner
                            Case Manager and Deputy Clerk
                            (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\18-13701.NATIONALELECTRICAL.OrderTrialOnThePapers.AAB.docx