# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NATIONAL ELECTRICAL ANNUITY PLAN,

       Plaintiff,

v.

                                      Case No. 18-13701

HENKELS AND MCCOY, INC.,

       Defendants.

_____/

## JUDGMENT

In accordance with the court's Opinion and Order dated September 29, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Henkels and McCoy, Inc., and against Plaintiff National Electrical Annuity Plain. Dated at Port Huron, Michigan this 29th day of September, 2022.

                                       KINIKIA ESSIX
                                       CLERK OF THE COURT

                                       BY:  s/Lisa Wagner

Dated:  September 29, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 29, 2022, by electronic and/or ordinary mail.

                                       s/Lisa Wagner_____/
                                       Case Manager and Deputy Clerk
                                       (810) 292-6522

S:\Cleland\Cleland\EKL\Opinions & Orders\Civil18-13701.NATIONALELECTRICAL_Judgment.EKL.docx